UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Olga H. Villars and Linda A. Villars,<br><br>        Plaintiffs,<br><br>v.<br><br>Richard J. Villars,<br><br>        Defendant. | Case No.: 17-cv-8-BTM-AGS<br><br>**ORDER DISMISSING ACTION** |

On January 4, 2019, the Court issued an order to show cause, if any, why this case should not be dismissed for want of prosecution. (See ECF No. 7.) Under this district's Local Civil Rule 41.1(a):

> Actions or proceedings which have been pending in this court for more than six months, without any proceeding or discovery having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution, at the calling of a calendar prepared for that purpose by the clerk. Such a dismissal must be without prejudice, unless otherwise ordered.

CivLR 41.1(a). The action has been pending in this Court for more than six months without any proceeding or discovery. Moreover, parties have failed

to respond to the order to show cause.  Thus, dismissal without prejudice is warranted.

Accordingly, the Court hereby orders that the above-captioned action is **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: February 27, 2019

_____
Honorable Barry Ted Moskowitz
United States District Judge